UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CLARENCE ANDERSON                                                                           PLAINTIFF

V.                                        No. 3:22-CV-160-BRW

DAVISON, Police Officer,
Trumann Police Department;
TYLER ROBINSON, Police Officer,
Trumann Police Department;
CAGEL, Sergeant, Trumann
Police Department; and
RON HUNTER, District
Judge, Poinsett County                                                                      DEFENDANTS

## ORDER

The Court has received a Recommendation for dismissal from Magistrate Judge J. Thomas Ray. No objections have been filed, and the time to do so has now passed. After careful review of the Recommendation and the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Anderson's Complaint (*Doc. 2*) is DISMISSED, without prejudice. The Court recommends that the dismissal count as a "strike" for the purposes of the Prison Litigation Reform Act. 28 U.S.C. § 1915(g); *see Gonzalez v. United States*, 23 F.4th 788, 789 (8th Cir.), *cert. denied*, 142 S. Ct. 2837 (2022). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this Recommendation would not be taken in good faith.

IT IS SO ORDERED this 9th day of June, 2023.

                                                                            _____BILLY ROY WILSON_____
                                                                                UNITED STATES DISTRICT JUDGE