UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CLARENCE ANDERSON                                                                                         PLAINTIFF

V.                                      No. 3:22-CV-160-BRW

DAVISON, Police Officer,
Trumann Police Department;
TYLER ROBINSON, Police Officer,
Trumann Police Department;
CAGEL, Sergeant, Trumann
Police Department; and
RON HUNTER, District
Judge, Poinsett County                                                                                    DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice.

IT IS SO ADJUDGED this 9th day of June, 2023.

                                                                _____BILLY ROY WILSON_____
                                                                 UNITED STATES DISTRICT JUDGE